IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

### **RULE 26 INSTRUCTION ORDER**

In a case originally filed in this district, the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) by the earlier of sixty days after any defendant has been served with the complaint or forty-five days after any defendant has appeared.  L.R. 26.1(a).[1]  In removed cases, the parties shall confer within twenty-one days from the later of the date of removal or filing of the last answer, but in no event later than forty-five days after first appearance by answer or Rule 12 motion of any defendant named in the original complaint.  L.R. 26.1(e).  In cases transferred from another district, the parties shall confer within twenty-one days of the case docketing in this district.  L.R. 26.1(f).

Within fourteen days after the Rule 26(f) conference, the parties shall complete and file the attached Rule 26(f) report. L.R. 26.1(b).  A copy of this form in fillable format can be found by following this link:  https://www.gasd.uscourts.gov/sites/gasd/files/rule26f.pdf.  A party who cannot gain the cooperation of the other party in preparing the report should advise the Court prior to the filing deadline.

**SO ORDERED.**

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Local Rules may be found on the Court's website at www.gasd.uscourts.gov.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## RULE 26(f)  REPORT

1.  Date of Rule 26(f) conference: _____

2.  Parties or counsel who participated in conference:

_____

_____

_____

3.  If any defendant has yet to be served, please identify the
defendant and state when service is expected.

_____

4.  Date the Rule 26(a)(1) disclosures were made or will be made:

_____

5.  If any party objects to making the initial disclosures required by
Rule 26(a)(1) or proposes changes to the timing or form of those
disclosures,

    (a)  Identify the party or parties making the objection or
    proposal:

    _____

    _____

    _____

    (b)  Specify the objection or proposal:

_____

_____

_____

6.    The Local Rules provide a 140-day period for discovery.  If any
      party is requesting additional time for discovery,

      (a)    Identify the party or parties requesting additional time:

      _____

      _____

      _____

      (b)    State the number of months the parties are requesting for
             discovery:

                                                  _____

months

      (c)    Identify the reason(s) for requesting additional time for
             discovery:

             _____  Unusually large number of parties

             _____  Unusually large number of claims or defenses

             _____  Unusually large number of witnesses

             _____   Exceptionally complex factual  issues

             _____  Need for discovery outside the United States

             _____  Other: _____

      (d)    Please provide a brief statement in support of each of the
             reasons identified above:

      _____

      _____

      _____

_____

_____

_____

_____

7.    If any party is requesting that discovery be limited to particular
      issues or conducted in phases, please

      (a)    Identify the party or parties requesting such limits:

             _____

             _____

             _____

      (b)    State the nature of any proposed limits:

             _____

             _____

             _____

8.    The Local Rules provide, and the Court generally imposes, the
      following deadlines:

      Last day for filing motions to add          60 days after issue is joined
      or join parties or amend pleadings

      Last day to furnish expert witness          60  days after Rule26(f)
      report by plaintiff                                  conference

      Last day to furnish expert witness          90 days after Rule 26(f)
      report by a defendant                                conference (or
                                                           60 days
                                                   after the answer,
                                                   whichever is later)

Last day to file motions                30 days after close of discovery

If any party requests a modification of any of these deadlines,

(a)    Identify the party or parties requesting the modification:

_____

_____

_____

(b)    State which deadline should be modified and the reason supporting the request:

_____

_____

_____

_____

_____

9.    If the case involves electronic discovery,

(a)    State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memoralized in the scheduling order, briefly describe the terms of their agreement:

_____

_____

(b)    Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

_____

_____

_____

10.   If the case is known to involve claims of privilege or protection of trial preparation material,

   (a)   State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   _____
   _____

   (b)   Briefly describe the terms of any agreement the parties wish to have memoralized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   _____

   _____

   (c)   Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

   _____

   _____

   _____

11.   State any other matters the Court should include in its scheduling order:

   _____

   _____

12.   The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case.
Please state any specific problems that have created a hindrance
to the settlement of the case:

_____

_____

_____

This _____ day of _____,   2017.

Signed:   _____

*Attorney for Plaintiff*

_____

*Attorney for Defendant*